IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLEAN HEAT, LLC, | ) | |
| | ) | 2:11-cv-02876-GEB-KJN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER[*] |
| | ) | |
| ENVIRO-LOG MANAGEMENT, INC; and | ) | |
| DOES 1 through 30, inclusive, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff filed a motion to remand this case, arguing there is "a contractual provision that expressly placed exclusive jurisdiction of this matter in the Shasta County Superior Court." (Pl.'s Mot. 1:27-28.) However, this issue will not be reached since Defendant removed this case from state court on the basis of diversity removal jurisdiction which has not been shown to exist. (ECF No. 1.)

"There is a strong presumption against removal jurisdiction, and the removing party has the burden of establishing that removal is proper." Lindley Contours, LLC v. AABB Fitness Holdings, Inc., 2011 WL 398861, at *1 (9th Cir. Feb. 8, 2011) (internal quotation marks omitted). "For purposes of diversity jurisdiction, . . . a limited liability corporation is a citizen of all of the states of which its

---

[*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

owners/members are citizens. . . . [T]he citizenship of all members of limited liability corporations . . . [must] be alleged." <u>Id.</u> Here, Defendant has not sufficiently alleged the citizenship of all owners/members of Plaintiff Clean Heat, LLC.

Since the removant has failed to show diversity of citizenship removal jurisdiction, this case is remanded to the Shasta County Superior Court as required by 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction under 28 U.S.C. § 1332(a)(1).

Dated: January 9, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge