IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAN HEAT, LLC, <br><br>          Plaintiff, <br><br>     v. <br><br>ENVIRO-LOG MANAGEMENT, INC.; and DOES 1 through 30, inclusive, <br><br>          Defendants. | 2:11-cv-02876-GEB-KJN <br><br> ORDER[*] |

On January 10, 2012, Defendant filed a "Motion for Leave to File Amended Notice of Removal." (ECF No. 17.) However, since this case was remanded to Shasta County Superior Court, Defendant's motion is stricken.

Dated: January 10, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1